UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAN NUTH and KEVIN O'NEILL,

    Plaintiffs,

    v.

NEWREZ LLC, et al.,

    Defendants.

No. 23-cv-03476-WHA

**REQUEST FOR INFORMATION FOR THURSDAY HEARING**

Both sides shall bring to the hearing on **THURSDAY, MAY 23, 2024**, any emails, letters, or other written evidence of any verbal communication that would indicate that plaintiffs or plaintiffs' counsel are or have used the threat of a class allegation to extract a premium settlement for plaintiffs and/or longer attorney's fees for counsel.

**IT IS SO ORDERED.**

Dated: May 21, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE